UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SERGIO HERNANDEZ-HERNANDEZ, et al., and others similarly situated

Plaintiffs,

vs.

HENDRIX PRODUCE, INC. et al.,

Defendants.

Civil Action No.: 6:13-cv-53

**ORDER GRANTING STAY OF PROCEEDINGS AND AGREEMENT TO TOLL STATUTE OF LIMITATIONS**

The parties have moved the Court to stay all proceedings and toll the applicable statutes of limitations for 30 days. Doc. 46. Having reviewed the motion, the Court hereby GRANTS the parties' motion. All statutes of limitations are tolled, and all proceedings in this case, including, but not limited to, the July 28, 2014, discovery deadline, are stayed, for 30 days after the date of the entry of this order.

This 1st day of July, 2014.

Magistrate Judge, Southern District of Georgia

Prepared by:

Dawson Morton
Georgia Bar No. 525985
Georgia Legal Services Program
104 Marietta Street NW, Suite 250
Atlanta, GA 30303
Phone: (404) 463-1633
Fax: (404) 463-1623

1