UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SERGIO HERNANDEZ-HERNANDEZ, et al., and others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>HENDRIX PRODUCE, INC. et al.,<br><br>Defendants. | Civil Action No.: 6:13-cv-53 |

**ORDER GRANTING EXTENSION OF STAY OF PROCEEDINGS
AND AGREEMENT TO CONTINUE TOLLING STATUTE OF LIMITATIONS**

The parties have moved the Court to extend its stay of all proceedings, Docs. 87 and 91, for an additional 30 days, Doc. 92. Having reviewed the motion, the Court hereby GRANTS the parties' motion. All proceedings in this case, including, but not limited to, the September 3, 2014, discovery deadline, are stayed, for 30 days after the date of the entry of this order.

The parties have also agreed to toll the statute of limitations for the period of the stay. All statutes of limitations are, therefore, tolled, starting from the expiry of the previous stay, for an additional 30 days after the date of the entry of this order.

This _15_ day of _August_, 2014.

_____
Judge, Southern District of Georgia

Prepared by:
Dawson Morton
Georgia Bar No. 525985
Georgia Legal Services Program
104 Marietta Street NW, Suite 250
Atlanta, GA 30303
Phone: (404) 463-1633
Fax:     (404) 463-1623